[No. 19916–1–I. Division One. February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD CORNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02453–7, Richard M. Ishikawa, J.,

entered January 12, 1987. *Dismissed* by unpublished per curiam opinion.